AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
1:18 pm Aug 09 2023
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

United States of America
v.
Darion Shelton

Case No. 1:23mj9154

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 22 through August 2, 2023  in the county of  Cuyahoga  in the
 Northern  District of  Ohio, Eastern Division , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(a)(1)(a) | Engaged in the Business of Dealing Firearms without a License |
| 18 USC 922(o) | Possession of a Machinegun |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*
ATF Special Agent Gerrod Briggs
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: August 9, 2023 at 1:13 p.m.

_____
*Judge's signature*
Magistrage Judge Jennifer Dowdell Armstrong
*Printed name and title*

City and state: Cleveland, Ohio