FILED

AUG 2 3 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. **1 : 23  CR 00459** |
| v. | ) | |
| | ) | Title 18, United States Code, |
| DARION SHELTON, | ) | Sections 922(a)(1)(A), |
| | ) | 924(a)(1)(D), 924(a)(2), |
| Defendant. | ) | 922(o), and 933(a)(1) |

**JUDGE NUGENT**

COUNT 1
(Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a
Federal Firearms License, 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D))

The Grand Jury charges:

1.      From on or about June 22, 2023 to on or about August 10, 2023, in the Northern

District of Ohio, Eastern Division, Defendant DARION SHELTON, not being a licensed

importer, licensed manufacturer, or licensed dealer, did willfully engage in the business of

importing, manufacturing, or dealing in firearms, those being:

| DATE | FIREARM | PRICE |
|---|---|---|
| 6/22/23 | "Glock switch" machinegun conversion device | $700 |
| 6/22/23 | "Glock switch" machinegun conversion device | $500 |
| 6/27/23 | Glock, Model 17GEN5, 9mm pistol, serial number AGKD620 with "Glock switch" machinegun conversion device | $1540 |
| 6/29/23 | "Glock switch" machinegun conversion device | $550 |
| 7/10/23 | Polymer80, Model PFS9, 9mm-pistol, serial number SA24354 with "Glock switch" machinegun conversion device | $1240 |
| 7/10/23 | CANiK, Model TP9SF Elite, 9mm-pistol, serial number 19BH02406 | $620 |
| 7/11/23 | Smith & Wesson, Model M&P 9, 9mm-pistol, serial number HAT2450 | $780 |
| 7/13/23 | Polymer 80 Inc., Model PF940V2 .40 caliber pistol | $880 |
| 7/17/23 | Anderson Manufacturing, Model AM-15, Multi-Caliber, serial number 20389257, a Smith & Wesson, Model M&P 9, 9mm pistol, serial number DVF3227, a Glock, Model 21SF, .45 caliber pistol, serial number | $4800 |

1

| | LAT971, and a Glock, Model 19, 9mm pistol, serial number SYN469 with "Glock switch" machinegun conversion device | |
|---|---|---|
| 7/21/23 | 80 Percent Arms, .40 caliber pistol with conversion device, a Glock, Model 23Gen5, .40 caliber pistol, serial number BYGH186, with "Glock switch" machinegun conversion device, and a Zastava, Model PAP M92PV 7.62 caliber pistol, serial number M92PV053345 | $6000 |
| 7/25/23 | Glock, Model 19X, 9mm pistol, serial number BXHB736, | $1000 |
| 7/28/23 | Glock, Model 17Gen5, 9mm pistol, serial number BNMF448 | $900 |
| 8/2/23 | Zastava, Model ZPAP92, 7.62x39mm pistol, serial number Z92-080815, with a drop-in auto sear, and a Glock, Model 23, .40 caliber pistol, serial number AGDC480 | $3500 |
| 8/10/23 | RomArm/Cugir, Model Micro Draco, 7.62x39mm pistol, serial number, PMD-42937, and a Sig Sauer, Model P365 XL, 9mm pistol, serial number 66B206860 | |

all having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A), and 924(a)(1)(D).

COUNT 2
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

2.      From on or about June 22, 2023 to on or about August 2, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARION SHELTON did knowingly and unlawfully possess nine (9) firearms as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a machinegun conversion devices, a combination of parts designed and intended, for use in converting a weapon into a machine gun, modified to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

<u>COUNT 3</u>
(Trafficking in Firearms, 18 U.S.C. § 933(a)(1))

The Grand Jury further charges:

3.        From on or about June 22, 2023 to on or about August 10, 2023, in the Northern

District of Ohio, Eastern Division, Defendant DARION SHELTON did ship, transport, transfer,

cause to be transported, or otherwise dispose of firearms, to wit:

| DATE | FIREARM | PRICE |
|------|---------|-------|
| 6/22/23 | "Glock switch" machinegun conversion device | $700 |
| 6/22/23 | "Glock switch" machinegun conversion device | $500 |
| 6/27/23 | Glock, Model 17GEN5, 9mm pistol, serial number AGKD620 with "Glock switch" machinegun conversion device | $1540 |
| 6/29/23 | "Glock switch" machinegun conversion device | $550 |
| 7/10/23 | Polymer80, Model PFS9, 9mm-pistol, serial number SA24354 with "Glock switch" machinegun conversion device | $1240 |
| 7/10/23 | CANiK, Model TP9SF Elite, 9mm-pistol, serial number 19BH02406 | $620 |
| 7/11/23 | Smith & Wesson, Model M&P 9, 9mm-pistol, serial number HAT2450 | $780 |
| 7/13/23 | Polymer 80 Inc., Model PF940V2 .40 caliber pistol | $880 |
| 7/17/23 | Anderson Manufacturing, Model AM-15, Multi-Caliber, serial number 20389257, a Smith & Wesson, Model M&P 9, 9mm pistol, serial number DVF3227, a Glock, Model 21SF, .45 caliber pistol, serial number LAT971, and a Glock, Model 19, 9mm pistol, serial number SYN469 with "Glock switch" machinegun conversion device | $4800 |
| 7/21/23 | 80 Percent Arms, .40 caliber pistol with conversion device, a Glock, Model 23Gen5, .40 caliber pistol, serial number BYGH186, with "Glock switch" machinegun conversion device, and a Zastava, Model PAP M92PV 7.62 caliber pistol, serial number M92PV053345 | $6000 |
| 7/25/23 | Glock, Model 19X, 9mm pistol, serial number BXHB736, | $1000 |
| 7/28/23 | Glock, Model 17Gen5, 9mm pistol, serial number BNMF448 | $900 |
| 8/2/23 | Zastava, Model ZPAP92, 7.62x39mm pistol, serial number Z92-080815, with a drop-in auto sear, and a Glock, Model 23, .40 caliber pistol, serial number AGDC480 | $3500 |
| 8/10/23 | RomArm/Cugir, Model Micro Draco, 7.62x39mm pistol, serial number, PMD-42937, and a Sig Sauer, Model P365 XL, 9mm pistol, serial number 66B206860 | |

to a Recipient in or otherwise affecting commerce, knowing or having reasonable cause to

believe that the use, carrying, or possession of the firearm by the Recipient would constitute a

felony, in violation of Title 18, United States Code, Section 933(a)(1).

## FORFEITURE

The Grand Jury further charges:

4.  For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1, 2, and 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendant DARION SHELTON shall forfeit to the United all firearms and ammunition, involved in, or used in the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.