AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
SEP 06 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Darion Shelton | ) | Case No. ~~1:23mj9154~~ |
| | ) | 1:23cr459 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Darion Shelton,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC 922(a)(1)(A) Engaged in the Business of Dealing Firearms without a License
18 USC 922(o) Possession of a Machinegun

Date: August 9, 2023 at 1:13 p.m.

_____
Issuing officer's signature

City and state: Cleveland, Ohio

U.S. Magistrate Judge Jennifer Dowdell Armstrong
*Printed name and title*

### Return

This warrant was received on *(date)* 8/9/23, and the person was arrested on *(date)* 8/10/23
at *(city and state)* CLEVELAND, OH.

Date: 8/10/23

_____
Arresting officer's signature

ATF Special Agent Gerrod Briggs
*Printed name and title*